```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION


WENDI LYNN KEITH                                         PLAINTIFF


          v.             Civil No. 11-2019


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT
```

## J U D G M E N T

Now on this 16th day of November, 2011, comes on for consideration the Report and Recommendation dated October 24, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner; and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113

S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      HONORABLE ROBERT T. DAWSON
                                      UNITED STATES DISTRICT JUDGE