```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

WENDI LYNN KEITH                                      PLAINTIFF

    v.                         CIVIL NO. 11-2019

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                        DEFENDANT

### **O R D E R**

On this 8th day of May, 2012, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412.  No objections were filed to the report and recommendation.  For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on April 19, 2012, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of **$4,802.00.**

    IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         HONORABLE ROBERT T. DAWSON
                         UNITED STATES DISTRICT JUDGE
```